UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONGBO BAI,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAJORKAS, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>  Defendants. | Case No. 23cv1371 JO KSC<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Doc. No. 5] |

This matter is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure due to the parties filing a stipulated dismissal (Doc. No. 5). The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

DATED: December 13, 2023

Hon. Jinsook Ohta
United States District Judge